**AFFIRMED and Opinion Filed June 29, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00361-CR
No. 05-20-00362-CR
No. 05-20-00363-CR
No. 05-20-00365-CR
No. 05-20-00366-CR
No. 05-20-00367-CR
No. 05-20-00368-CR

**MARCUS JOHNSON-MCBRYDE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-83474-2018; 380-81396-2019; 380-81395-2019;**
**199-83250-2018; 199-83247-2018; 199-83246-2018; 199-81278-2018**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Smith

Marcus Johnson-McBryde appeals his assault of a public servant, two aggravated assaults of a public servant, unauthorized use of a motor vehicle, aggravated robbery, evading arrest, and robbery convictions. Appellant's appointed counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that the records do not contain any reversible error that was preserved for appellate review. Counsel states in the brief that he provided appellant with a copy

of the brief and counsel's motion to withdraw and advised appellant of his right to examine the appellate records and file a pro se response. In addition, this Court notified appellant of his right to examine the appellate records and file a pro se response. Appellant did not file a pro se response.

The procedures established in *Anders* are applicable where, as here, the appellant's appointed counsel concludes that there are no non-frivolous issues to assert on appeal. *See In re D.D.*, 279 S.W.3d 849, 849–50 (Tex. App.—Dallas 2009, pet. denied). This Court is not required to address the merits of each claim raised in an *Anders* brief or a pro se response. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *In re D.D.*, 279 S.W.3d at 850. Instead, our duty is to determine whether there are any arguable grounds for reversal and, if so, to remand the case to the trial court so that new counsel may be appointed to address the issues. *See In re D.D.*, 279 S.W.3d at 850.

In the *Anders* brief, counsel for appellant presents a professional evaluation of the records demonstrating why there are no arguable grounds for reversal and concluding that appellant's appeals are frivolous and without merit. *See Anders*, 386 U.S. at 744. We independently reviewed all the records and counsel's *Anders* brief and agree that the appeals are frivolous and without merit. We find nothing in the records that could arguably support the appeals.

Accordingly, we affirm the trial court's judgments.


/Craig Smith/
CRAIG SMITH
JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)
200361F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARCUS JOHNSON-MCBRYDE, Appellant

No. 05-20-00361-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-83474-2018.
Opinion delivered by Justice Smith. Justices Molberg and Goldstein participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 29, 2021



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARCUS JOHNSON-MCBRYDE,
Appellant

No. 05-20-00362-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-81396-
2019.
Opinion delivered by Justice Smith.
Justices Molberg and Goldstein
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 29, 2021



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARCUS JOHNSON-MCBRYDE, Appellant

No. 05-20-00363-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-81395-2019.
Opinion delivered by Justice Smith. Justices Molberg and Goldstein participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 29, 2021



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARCUS JOHNSON-MCBRYDE, Appellant

No. 05-20-00365-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-83250-2018.
Opinion delivered by Justice Smith. Justices Molberg and Goldstein participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 29, 2021



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARCUS JOHNSON-MCBRYDE,
Appellant

No. 05-20-00366-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 199-83247-
2018.
Opinion delivered by Justice Smith.
Justices Molberg and Goldstein
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered June 29, 2021



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MARCUS JOHNSON-MCBRYDE,
Appellant

No. 05-20-00367-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 199-83246-
2018.
Opinion delivered by Justice Smith.
Justices Molberg and Goldstein
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered June 29, 2021

–9–



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MARCUS JOHNSON-MCBRYDE, Appellant

No. 05-20-00368-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-81278-2018.
Opinion delivered by Justice Smith. Justices Molberg and Goldstein participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 29, 2021.